UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>J. CURRY,<br><br>        Defendant. | 1:17-cv-01407 DAD SKO (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. 25) |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. Section 1983.

On July 31, 2018, plaintiff filed an application to proceed *in forma pauperis*. However, the court granted plaintiff's previous application to proceed *in forma pauperis* in the present case on November 30, 2017. Accordingly, IT IS HEREBY ORDERED THAT plaintiff's July 31, 2018 application to proceed *in forma pauperis* is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **August 6, 2018**                /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

1