# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ROGELIO MAY RUIZ, | 1:17-cv-01407 DAD SKO (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| J. CURRY, | |
| Defendant. | (Doc. 29) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On January 4, 2019, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on November 30, 2017, IT IS HEREBY ORDERED THAT plaintiff's application of January 4, 2019, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **January 8, 2019**                         /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

1