UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | No. 1:17-cv-01407-DAD-SKO (PC) |
| Plaintiff, | |
| v. | ORDER DENYING SECOND MOTION FOR RECONSIDERATION AND APPOINTMENT OF COUNSEL |
| J. CURRY, | |
| Defendant. | (Doc. No. 48) |

  Before the court is plaintiff Rogelio May Ruiz's second motion for reconsideration of the court's prior order dismissing plaintiff's case with prejudice due to plaintiff's failure to state a claim. (Doc. No. 48.) This court already denied plaintiff's first motion for reconsideration and request for appointment of counsel (Doc. No. 46) as untimely and frivolous, noting that plaintiff had filed a similar motion in the Ninth Circuit, where it was also rejected as untimely, with the Ninth Circuit stating that "[n]o further filings will be entertained in this closed case." (Doc. No. 47 at 1–2.) In this court's order denying plaintiff's first motion for reconsideration, the court similarly admonished plaintiff that "[n]o further filings will be entertained in this closed case." (*Id*. at 3.)

  Nevertheless, on August 3, 2020, plaintiff filed the pending second motion for reconsideration (Doc. No. 48), which, as with his first motion for reconsideration, again fails to identify any basis under Federal Rule of Civil Procedure 60(b) for this court to reconsider its

1

finding that plaintiff failed to state a cognizable claim for relief under applicable law. Accordingly, plaintiff's second motion for reconsideration will be denied as frivolous and untimely. In addition, plaintiff is again admonished that this case is closed, and the court will not entertain any further filings in this case nor issue further orders in response thereto.

Accordingly,

1. Plaintiff's motion for reconsideration and appointment of counsel (Doc. No. 48) is denied;
2. This case shall remain closed;
3. No further filings will be entertained in this closed case; and
4. No further orders will issue in response to unauthorized filings by plaintiff.

IT IS SO ORDERED.

Dated: __**August 4, 2020**__                    _____
                                                                       UNITED STATES DISTRICT JUDGE